# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONOVAN WRIGHT

NO. 2023 KW 1282

**JANUARY 29, 2024**

---

In Re:     Donovan Wright, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 742992.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

**CHH**
**SMM**

**McClendon, J.,** concurs and would deny the writ on the showing made. Relator failed to include a copy of the indictment, the commitment order, all pertinent minute entries, and any other portions of the district court record that might support the claims raised in the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT